IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARGENTUM MEDICAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:08-CV-01305 |
| | ) | |
| v. | ) | HONORABLE A. RICHARD CAPUTO |
| | ) | |
| NOBLE BIOMATERIALS, and DERMA SCIENCES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NOBLE BIOMATERIALS, | ) | |
| | ) | |
| Counter-Claim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ARGENTUM MEDICAL, LLC, THOMAS MILLER AND GREGG SILVER, | ) | |
| | ) | |
| Counter-Claim Defendants | ) | |

## LIST OF EXHIBITS

| | |
|---|---|
| A | Gregg Silver Deposition Ex. "7" |
| B | Gregg Silver Deposition Ex. "3" |
| C | Chu, Chi-Sing, *et al, Therapeutic effects of Silver Nylon Dressing with Weak Direct Current on Pseudomonas Aeruginosa- Infected Burn Wounds* |
| D | Response of Argentum Medical, LLC to the First Set of Interrogatories of Noble Materials |
| E | Supplemental Responses of Argentum Medical, LLC to Interrogatories Nos. 1-5 and 10-16 of Noble Materials |