IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NOBLE BIOMATERIALS

    Plaintiff,

        v.

ARGENTUM MEDICAL, LLC, THOMAS MILLER, and GREGG SILVER

    Defendants.

NO. 3:08-CV-1305

(JUDGE CAPUTO)

## Jury Verdict Form

All questions asked in this jury verdict form are to be answered by unanimous jury vote.

1. Do you find that the Lanham Act was violated by:

    Argentum Medical:  ✓ Yes  ___ No

    Thomas Miller:  ✓ Yes  ___ No

    Gregg Silver:  ✓ Yes  ___ No

2. Do you find that Product Disparagement in violation of Pennsylvania state law was engaged in by:

    Argentum Medical  ✓ Yes  ___ No

    Thomas Miller  ✓ Yes  ___ No

    Gregg Silver  ✓ Yes  ___ No

3. Do you find that Unfair Competition in violation of Pennsylvania state law was engaged in by:

    Argentum Medical:  ___ Yes  ✓ No

    Thomas Miller:  ___ Yes  ✓ No

    Gregg Silver:  ✓ Yes  ___ No

4. If you answered 'YES' to any of the above questions, then enter the amount of compensatory damages, if any, you find should be awarded to Noble Biomaterials to compensate it:

$ 1 Million
1,000,000.00

5. Enter the amount of compensatory damages, if any, you find should be assessed against:

Argentum Medical:   $ 1,000,000.00   1 million

Thomas Miller:   $ 0

Gregg Silver:   $ 0

6. If you have further determined that Noble Biomaterials should be awarded punitive damages enter the amount paid by:

Argentum Medical:   $ 0

Thomas Miller:   $ 1,000,000.00   1 million

Gregg Silver:   $ 1,250,000.00   1.25 million

02/10/2011
Date

Kelley A. Campas
Signature of Foreperson

2