AO 450 (Rev 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
Middle District of Pennsylvania

| | |
|---|---|
| **NOBLE BIOMATERIALS** | **JUDGMENT IN A CIVIL CASE** |
| VS. | |
| **ARGENTUM MEDICAL, LLC, THOMAS MILLER and GREGG SILVER** | CASE NUMBER: **08-CV-1305** |

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT Judgment be and hereby is entered in favor of Plaintiff, Noble Biomaterials and against defendant Argentum Medical, LLC in the amount of $1,000,000.00 in compensatory damages.

IT IS ORDERED AND ADJUDGED THAT Judgment be and hereby is entered in favor of Plaintiff, Noble Biomaterials and against defendant Thomas Miller in the amount of $1,000,000.00 in punitive damages.

IT IS ORDERED AND ADJUDGED THAT Judgment be and hereby is entered in favor of Plaintiff, Noble Biomaterials and against defendant Gregg Silver in the amount of $1,250,000.00 in punitive damages.

Date: February 10, 2011

Mary E. D'Andrea, Clerk

/s/ Judith A. Malavé
(By) Deputy Clerk