## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NOBLE BIOMATERIALS,       :
      :
    Counterclaim Plaintiff,       :     No. 3:08-cv-01305
      :
    v.       :
      :     HONORABLE A. RICHARD
      :     CAPUTO
ARGENTUM MEDICAL, LLC,       :
THOMAS MILLER AND       :
GREGG SILVER       :
      :
    Counterclaim Defendants.       :

---

## PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT

Pursuant to Federal Rule of Civil Procedure 59(e), and for the reasons set forth in the accompanying Brief, which is incorporated herein by reference, Plaintiff Noble Biomaterials respectfully requests that this Court grant its Motion to Alter or Amend the Judgment.

Respectfully submitted

COZEN O'CONNOR

Dated: March 11, 2011          By:      /s/ Robert W. Hayes
                                        Robert W. Hayes (33099)
                                        1900 Market Street
                                        Philadelphia, PA 19103
                                        (215) 665-2094
                                        Rhayes@cozen.com
                                        *Attorneys for Plaintiff,*
                                        *Noble Biomaterials*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOBLE BIOMATERIALS, | : | |
| | : | |
| Counterclaim Plaintiff, | : | No. 3:08-cv-01305 |
| | : | |
| v. | : | |
| | : | HONORABLE A. RICHARD |
| | : | CAPUTO |
| ARGENTUM MEDICAL, LLC, | : | |
| THOMAS MILLER AND | : | |
| GREGG SILVER | : | |
| | : | |
| Counterclaim Defendants. | : | |

---

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1

As counsel for Plaintiff Noble Biomaterials, I hereby certify that, prior to filing Plaintiff Noble Biomaterials' Motion for Alter or Amend the Judgment, I attempted to confer with Defendants' counsel seeking concurrence in said Motion and received no response with respect to same.

/s/ Robert W. Hayes

Dated: March 11, 2011

## CERTIFICATE OF SERVICE

I certify that on this date, I caused the foregoing PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT to be served upon all counsel of record via the Court's ECF filing system.

/s/ Robert W. Hayes

Dated:  March 11, 2011