# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2012-1035 - ARGENTUM MED V NOBLE BIOMATERIALS

**Date of docketing:** 10/28/2011

**Appeal from:** United States District Court / Middle District of Pennsylvania
case no. 08-CV-1305

**Appellant(s):** Argentum Medical, LLC, Gregg Silver and Thomas Miller

**FILED SCRANTON**

**NOV - 1 2011**

PER _____ /s/ _____
DEPUTY CLERK

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- **ORAL ARGUMENT SCHEDULE CONFLICTS.** *(Objections to the scheduling of oral argument should be immediate.)* See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.275.8000.]
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, Middle District of Pennsylvania
Robert W. Hayes
Thomas C. Cronin

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: October 28, 2011

## Official Caption[1]

2011-1618, -1640, 2012-1035

ARGENTUM MEDICAL, LLC,

    Plaintiff/Counterclaim Defendant-Appellant,

and

THOMAS MILLER and GREGG SILVER,

    Counterclaim Defendants-Appellants,

v.

NOBLE BIOMATERIALS,

    Defendant/Counterclaimant-Appellee,

and

DERMA SCIENCES, INC.,

    Defendant/Counterclaimant.

Appeals from the United States District Court for the Middle District of Pennsylvania in case no. 08-CV-1305, Judge A. Richard Caputo.

## Authorized Abbreviated Caption[2]

ARGENTUM MED V NOBLE BIOMATERIALS, 2011-1618, -1640, 2012-1035

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
**HOWARD T. MARKEY NATIONAL COURTS BUILDING**
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

US OFFICIAL MAIL
$300 Penalty For Private Use

Hasler
016H26601391
$00.440
10/28/2011
Mailed From 20439
US POSTAGE

RECEIVED
SCRANTON
NOV 01 2011
PER _____ DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
235 N. Washington Ave.
Scranton, PA 18503